UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22263-CIV-MORENO

MIGUEL ESCANDON,

    Plaintiff,

vs.

MIAMI-DADE COUNTY and the PUBLIC
HEALTH TRUST OF MIAMI-DADE COUNTY,

    Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS

Plaintiff Miguel Escandon, who was incarcerated for one month in 2004, sued Defendants Miami-Dade County and the Public Health Trust under 42 U.S.C. § 1983 for allegedly providing him insufficient medical care in the County correctional system during the time he was incarcerated. First, he alleges that he received inappropriate treatment for his diabetes. Second, he alleges that he received inappropriate treatment for his Methicillin Resistant Staphylococcus Aureus ("MRSA"), a staph infection. Defendants moved to dismiss based on failure to state a claim. For the reasons stated below, Defendants' motion to dismiss is GRANTED.

### I. Legal Standard

In ruling on a motion to dismiss, the Court must limit its consideration to the pleadings and any exhibits attached to the pleadings. *GSW, Inc. v. Long County, Ga.,* 999 F.2d 1508, 1510 (11th Cir. 1993). The Court must view the complaint in the light most favorable to the Plaintiff. *Cannon v. Macon County,* 1 F.3d 1558, 1565 (11th Cir. 1993).

In reviewing a complaint on a motion to dismiss under Federal Rule of Civil Procedure 12 (b)(6), "courts must be mindful that the Federal Rules require only that the complaint contain a short and plain statement of the claim showing that the pleader is entitled to relief." *United States v. Baxter Int'l Inc.*, 345 F.3d 866, 880 (11th Cir. 2003). This is a liberal pleading requirement, one that does not require a plaintiff to plead with particularity every element of a cause of action. *Roe v. Aware Woman Ctr. for Choice, Inc.*, 253 F.3d 678, 683 (11th Cir. 2001). Instead, the complaint need only "contain either direct or inferential allegations respecting all the material elements necessary to sustain a recovery under some viable legal theory." *Id.* "While a complaint attacked by a Rule 12(b)(6) motion to dismiss does not need detailed factual allegations, a plaintiff's obligation to provide the 'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1964-65 (2007) (citations omitted).

## II. Legal Analysis

A county may be held liable under 42 U.S.C. § 1983 only if a plaintiff's injury was inflicted pursuant to a policy of the county. *See Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 694 (1978). A plaintiff would need either to identify an unconstitutional policy adopted by the Board of County Commissioners or to plead facts showing that the Board had subjective knowledge of an unofficial systemic practice or custom of unconstitutional conduct at the jails and failed to act. *See Grech v. Clayton County, Ga.*, 335 F.3d 1326, 1330 (11th Cir. 2003).

Plaintiff has failed to plead facts that could support a *Monell* claim for municipal liability under 42 U.S.C. § 1983. Plaintiff does not allege that the Board adopted an unconstitutional

policy or that the Board had any knowledge of a widespread pattern of past unconstitutional practices or customs. Plaintiff merely alleges that certain intermediate county employees had knowledge of medical staffing inadequacies. Thus, Plaintiff has failed to state a claim as he failed to allege that the Board had actual subjective knowledge of constitutional deficiencies in the provision of health care at the jails at the time his alleged incident occurred. Therefore, it is

**ADJUDGED** that the motion to dismiss is **GRANTED**. Plaintiff may file an Amended Complaint by no later than May 26, 2009. Failure to do so shall result in the dismissal of this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of May, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Miguel Escandon
4211 SW 36th Street
Hollywood, FL 33023